# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, § § § Plaintiff, § v. § § Jury Trial Demanded § VERIZON COMMUNICATIONS, INC. ET § AL., § § § Defendants. § | Case No. 2:18-cv-00536-JRG |

## STIPULATED ORDER OF NON-INFRINGEMENT

Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendants Verizon Communications, Inc., et al. ("Verizon") by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. On February 18, 2020, the Court issued an Order construing disputed claim limitations in U.S. Patent Nos. 6,895,118 (the "'118 patent") and 6,628,712 (the "'712 patent").

2. In this Action, Uniloc has alleged that Verizon's Digital Media Services, including its Uplynk Video Streaming Services and Verizon FiOS TV (the "Accused Products") infringe claim 1 of the '118 patent.

3. Under the Court's construction of the disputed term "resynchronization marker" as set forth in the February 18, 2020 Order, Uniloc agrees and stipulates that, subject to its right to appeal the Court's claim construction, the Accused Products have not infringed and do not infringe the '118 patent.

4. This Stipulated Order of Non-Infringement is without prejudice to the parties' rights to appeal the Court's claim construction Order.

5. This Stipulated Order of Non-Infringement has no impact on the '712 patent.

Respectfully submitted,

February 25, 2020

/s/ *M. Elizabeth Day*
M. Elizabeth Day (CA SBN 177125) *Admitted to Practice in Texas*
eday@feinday.com
David Alberti
dalberti@feinday.com
Sal Lim
slim@feinday.com
Marc Belloli
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP
577 Airport Blvd, Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300

*Attorneys for Plaintiff*
Uniloc 2017 LLC

*/s/ Frank C. Cimino, Jr.*
Michael E Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, A PROFESSIONAL CORPORATIOn
110 N College Avenue Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Frank C. Cimino, Jr.
FCCimino@venable.com
Megan S. Woodworth
MSWoodworth@venable.com
Jonathan L. Falkler
JLFalkler@venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

*Counsel for Defendants Verizon Communications Inc., Cellco Partnership Inc. d/b/a Verizon Wireless, Verizon Business Network Services, Inc., and Verizon Digital Media Services Inc.*

- 3 -