# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § § § | Case No. 2:18-cv-00536 |
| Plaintiff, | § § | Jury Trial Demanded |
| v. | § § | |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP INC. D/B/A VERIZON WIRELESS, VERIZON BUSINESS SERVICES, INC., and VERIZON DIGIAL MEDIA SERVICES, INC., | § § § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendants Verizon Communications Inc., Cellco Partnership Inc., Verizon Business Network Services, Inc., Verizon Digital Media Services, Inc. (collectively, "Verizon") hereby submit this Joint Motion to Stay all Deadlines and respectfully show the Court as follows:

1. Uniloc and Verizon have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action with respect to U.S. Patent No. 6,628,712 (the "'712 patent") and are in the process of drafting and finalizing the settlement papers.

2. Accordingly, Uniloc and Verizon submit that the Court's resources would best be served by a stay of entry of all deadlines in the case with respect to Uniloc' claims against Verizon with respect to the '712 patent for a period of thirty (30) days so that the announced

settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

3.  This Motion and settlement do not impact Uniloc's right to appeal the Court's claim construction and finding of non-infringement regarding U.S. Patent No. 6,895,118 ("the '118 patent").  There are no current case deadlines with respect to the '118 patent.

WHEREFORE, Uniloc and Verizon request the Court grant this Joint Motion to Stay and Notice of Settlement and enter an Order granting a temporary stay between Uniloc and Verizon for a period of thirty (30) days.

| | |
|---|---|
| Date: March 20, 2020 | March 20, 2020 |
| By: /s/ M. Elizabeth Day | By: /s/ Jonathan L. Falkler |
| M. Elizabeth Day (CA SBN 177125)<br>*Admitted to Practice in Texas*<br>eday@feinday.com<br>David Alberti<br>dalberti@feinday.com<br>Sal Lim<br>slim@feinday.com<br>Marc Belloli<br>mbelloli@feinday.com<br>**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**<br>577 Airport Blvd, Suite 250<br>Burlingame, CA. 94010<br>Tel:  650 825-4300<br>Fax:  650 460-8443<br><br>*Attorneys for Plaintiff*<br>Uniloc 2017 LLC | Frank C. Cimino, Jr.<br>FCCimino@venable.com<br>Megan S. Woodworth<br>MSWoodworth@Venable.com<br>Jeffri A. Kaminski<br>JAKaminski@Venable.com<br>Jonathan L. Falkler<br>JLFalkler@venable.com<br>**VENABLE LLP**<br>600 Massachusetts Ave, NW<br>Washington, D.C. 20001<br>Telephone (202) 344-4569<br>Facsimile: (202) 344-8300<br><br>Michael E Jones (TX SBN 10929400)<br>mikejones@potterminton.com<br>**POTTER MINTON**, a Professional Corporation<br>110 N College Avenue Suite 500<br>Tyler, TX 75702<br>Telephone: 903 597-8311<br>Facsimile: 903 593-0846<br><br>*Attorneys for Defendants*<br>Verizon Communications, Inc., Cellco Partnership Inc. d/b/a Verizon Wireless, |

- 3 -

Verizon Business Network Services, Inc.
and Verizon Digital Media Services, Inc.